No. 81–6635. DARROCH *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 81–6637. MOORE *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 81–6638. RUDMAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–6642. WILBURN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–6644. RODGERS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–6645. RITTER *v.* RITTER. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81–6649. BENTLEY *v.* RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 81–6650. ARMENTO *v.* SCURR, WARDEN, IOWA STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 81–6653. SMITH *v.* INLAND STEEL CO. C. A. 7th Cir. Certiorari denied.

No. 81–6656. MA *v.* FIRST NATIONAL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–6668. KELLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6670. MCKINSTRY *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.